UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GILBERT WAUGH,<br>Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT MILTARY DEPARTMENT,<br>Defendant. | Civil Action No.<br>21-10378-NMG |

**ORDER**

GORTON, J.

For the reasons stated below, this action is dismissed without prejudice.

On March 5, 2021, Gilbert Waugh filed his self-prepared complaint. Docket No. 1. With is complaint, Waugh filed a motion to proceed in forma pauperis. Docket No. 2. On March 8, 2021, Waugh's motion to proceed in forma pauperis was denied because it was incomplete and not submitted under the penalties of perjury. Docket No. 4. Waugh was ordered to either pay the filing fee or file a motion to proceed in forma pauperis. Docket No. 4. The Order stated that failure of Waugh to comply will result in the dismissal of this action. Id.

To date, Waugh has not responded to the Court's order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action

sua sponte for a party's failure to prosecute his action and his failure to follow the Court's orders. Fed. R. Civ. P. 41(b).

Here, dismissal is appropriate because without plaintiff's active participation, the Court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the March 8, 2021 Order, Docket No. 4, this action is hereby dismissed without prejudice.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: April 14, 2021